UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ROSEMARY YOBOBY,

                Plaintiff,

      -against-

GEIDO RESTAURANT CORP. d/b/a GEIDO and KAWACHI CORPORATION,

                Defendants.
------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

24 Civ. 8515 (DG)(JRC)

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for Defendants Geido Restaurant Corp. d/b/a Geido and Kawachi Corporation. I certify that I am admitted to practice in the United States District Court, Eastern District of New York.

Dated:  New York, New York
        February 25, 2025

                              PECHMAN LAW GROUP PLLC

                              By: ___/s/ *Louis Pechman*___
                                  Louis Pechman
                                  488 Madison Avenue
                                  New York, New York 10022
                                  Telephone: (212) 583-9500
                                  Facsimile: (212) 308-8582
                                  pechman@pechmanlaw.com
                                  *Attorneys for Defendants*