UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

ROSEMARY YOBOBY,

                Plaintiff,

      -against-

GEIDO RESTAURANT CORP. d/b/a GEIDO and KAWACHI CORPORATION,

                Defendants.

------------------------------------------------------------------------ X

24 Civ. 8515 (DG)(JRC)

**KAWACHI CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant Kawachi Corporation, a non-governmental corporate entity, does not have corporate parents, subsidiaries, or affiliates or publicly held corporations owning 10% or more of its stock.

Dated:  New York, New York
         February 25, 2025

                                        PECHMAN LAW GROUP PLLC

                                        By: _____
                                             Gianfranco J. Cuadra
                                             Louis Pechman
                                             488 Madison Avenue
                                             New York, New York 10022
                                             Telephone: (212) 583-9500
                                             Facsimile: (212) 308-8582
                                             cuadra@pechmanlaw.com
                                             pechman@pechmanlaw.com
                                             *Attorneys for Defendants*