UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ROSEMARY YOBOBY,

                Plaintiff,

       -against-

GEIDO RESTAURANT CORP. d/b/a GEIDO and KAWACHI CORPORATION,

                Defendants.
------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

24 Civ. 8515 (DG)(JRC)

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Kindly enter my appearance as counsel for Defendants Geido Restaurant Corp. d/b/a Geido and Kawachi Corporation. I certify that I am admitted to practice in the United States District Court, Eastern District of New York.

Dated: New York, New York
         February 25, 2025

                                        PECHMAN LAW GROUP PLLC

                                        By: _____
                                              Gianfranco J. Cuadra
                                             488 Madison Avenue
                                             New York, New York 10022
                                             Telephone: (212) 583-9500
                                             Facsimile: (212) 308-8582
                                             cuadra@pechmanlaw.com
                                             *Attorneys for Defendants*