# PECHMAN LAW GROUP PLLC

**LABOR & EMPLOYMENT ATTORNEYS**

**488 MADISON AVENUE**
**NEW YORK, NEW YORK 10022**
**(212) 583-9500**
**WWW.PECHMANLAW.COM**

February 25, 2025

**VIA ECF**

Honorable James R. Cho
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Yoboby v. Geido Rest. Corp. et ano*,
          No. 24 Civ. 8515 (DG)(JRC) (Letter Motion for Extension)

Dear Judge Cho:

      We represent Defendants Geido Restaurant Corporation and Kawachi Corporation in the above-referenced matter. Pursuant to Rule C of this Court's Individual Practices, and with Plaintiff's consent, we write to request an extension until March 21, 2025, for Defendants to respond to the Complaint. This is the first time that Defendants make this request. This request does not affect outstanding deadlines.

      Plaintiff served Defendants on February 6, 2025, and their response to the Complaint is due by February 27, 2025. *See* F.R.C.P. 12(a)(A)(i); ECF Nos. 6–7. Defendants recently retained our firm to represent them in this matter, and counsel needs more time to discuss the Complaint in detail with Defendants, including how to respond to it.

      We thank the Court for its time and attention to this matter.

                                        Respectfully submitted,

                                        Gianfranco J. Cuadra

cc: Plaintiff's counsel (via ECF)